UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MATT BAY,
   Plaintiff,

vs.                            No. 06-1247

Dr. MAHONEY,
   Defendant.

## ORDER

This cause is before the court on plaintiff's motion to voluntarily dismiss his lawsuit. [d/e 14]. The plaintiff's complaint alleges that Dr. Mahoney was deliberately indifferent to his serious medical condition. The plaintiff says he has now discovered that he is suing the wrong individual, and he is now receiving medical care for his hernia. The plaintiff says he no longer wishes to pursue this litigation.

IT IS THEREFORE ORDERED that:

1) The plaintiff's motion to voluntarily dismiss this case is granted. [d/e 14] The case is dismissed without prejudice.

2) All other pending motions are dismissed. [d/e 13]

3) The agency having custody of the plaintiff is directed to remit the docketing fee of $350.00 from the plaintiff's prison trust fund account if such funds are available. If the plaintiff does not have $350.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the clerk of court each time the plaintiff's account exceeds $10.00 until the statutory appeal fee of $350.00 is paid in its entirety. The filing fee collected shall not exceed the statutory filing fee of $350.00.

4) The plaintiff must notify the clerk of the court of a change of address and phone number within seven days of such change.

5) The clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office.

Entered this __1st_____ day of October, 2007.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE